AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Dell Laptop (Serial # DHWK281)

Toshiba Satellite Laptop (Aerial # A105/36327518Q)

Sony Cybershot DSC-S40 Cameria (Serial # 594320)

(Further described below)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 06-303-M-01

FILED
JUN 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I __TIMOTHY PALCHAK__ being duly sworn depose and say:

I am a(n) __Detective for the Metropolitan Police Department (MPD)__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

Dell Laptop (Serial # DHWK281); Toshiba Satellite Laptop (Aerial # A105/36327518Q); Sony Cybershot DSC-S40 Cameria (Serial # 594320) **AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title __18__ United States Code, Section(s) __§ 2423 (b)__. The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

DEBRA L. LONG-DOYLE
Federal Major Crimes Section
(202) 305-0634

Signature of Affiant
TIMOTHY PALCHAK, DETECTIVE
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

JUN 2 8 2006                                              at Washington, D.C.
Date

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer