AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

JUL 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dell Laptop (Serial # DHWK281)

Toshiba Satellite Laptop (Aerial # A105/36327518Q)

Sony Cybershot DSC-S40 Cameria (Serial # 594320

CASE NUMBER: 06 - 303 - M - 01

TO: __TIMOTHY PALCHAK__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Timothy Palchak__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**Dell Laptop (Serial # DHWK281); Toshiba Satellite Laptop (Aerial # A105/36327518Q);Sony Cybershot DSC-S40 Cameria (Serial # 594320), AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT are in the custody of Metropolitan Police Department.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _July 8, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 2 8 2006

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/28/06 | 6/28/06 | Property Held by DC Police |

**INVENTORY MADE IN THE PRESENCE OF**
Detective Reichak Andrews

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) - Dell Laptop (DHWK281)

(2) Toshiba Satellite Laptop (A10513632751BQ)

(3) Sony Cybershot DSC-S40 Camera (594320)

**FILED**

JUL 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   7/7/06
U.S. Judge or U.S. Magistrate Judge      Date